## Commonwealth *v.* DeSimone, Appellant.

Submitted April 10, 1967. *John DeSimone,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., would remand for hearing.

## Commonwealth *v.* Evancho, Appellant.

Submitted April 10, 1967. *Charles Evancho,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.